JAMES D. CONKLIN, Respondent, *v.* JOHN H. WOODBURY DERMATÒLOGICAL INSTITUTE, Appellant.

*Conklin* v. *Woodbury Dermatological Institute,* 51 App. Div. 638, affirmed.

(Argued January 29, 1902; decided February 18, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 22, 1900, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Benjamin Patterson* for appellant.

*Henry B. Twombly* for respondent.

Judgment affirmed, with costs ; no opinion. ·

Concur : PARKER, Ch. J., GRAY, O'BRIEN, MARTIN, VANN, CULLEN and WERNER, JJ.

---

MOSES W. TAYLOR, Appellant, *v.* EMIL KLEIN, Respondent.

*Taylor* v. *Klein,* 47 App. Div. 343, affirmed.
(Submitted January 20, 1902; decided February 18, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered February 6, 1900, in favor of plaintiff upon the submission of a controversy under sections 1279, 1281 of the Code of Civil Procedure.

*Platt & Thompson* for appellant.

*John Frankenheimer* for respondent.

Judgment affirmed, with costs; no opinion.

Concur : PARKER, Ch. J., GRAY, O'BRIEN, MARTIN, VANN and WERNER, JJ. Not sitting : CULLEN, J.